```
Court Name: District of Nevada
Division: 2
Receipt Number: NVLAS068698
Cashier ID: rtanker
Transaction Date: 02/18/2020
Payer Name: Parnell Colvin

CIVIL FILING FEE
 For: Parnell Colvin
 Amount:          $400.00

CASH
 Amt Tendered:   $400.00

Total Due:       $400.00
Total Tendered:  $400.00
Change Amt:      $0.00

20cv343

"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $53 fee will
be charged for a returned check."
```