# Exhibit B

|  | Calculations | Totals |
|---|---|---|
| Prepetition Unpaid Rents at $2,600 per month (June through March 2020) | =2,600 X 10 | 26,000.00 |
| Late fees per lease ($75 plus $20 per day late) | = 75 + (20*300 days) | 6,075.00 |
| Attorney Fees |  | 5,000.00 |
|  |  |  |
| **Total** |  | **37,075.00** |