# Exhibit C



# Case Search Results

**Search Criteria:** Case Search; Case Title (Starts With): [parnell colvin]; Jurisdiction Type: [Bankruptcy]
**Result Count:** 7 (1 page)
**Current Page:** 1

| | |
|---|---|
| Case Title | PARNELL COLVIN |
| Case Number | 2:2015bk16662 |
| Court | Nevada Bankruptcy Court |
| Date Filed | 11/30/2015 |
| Date Closed | 03/11/2016 |
| Case Title | PARNELL COLVIN |
| Case Number | 2:2017bk10614 |
| Court | Nevada Bankruptcy Court |
| Date Filed | 02/13/2017 |
| Date Closed | 12/05/2017 |
| Case Title | Parnell Colvin |
| Case Number | 3:2013bk33280 |
| Court | Oregon Bankruptcy Court |
| Date Filed | 05/23/2013 |
| Date Closed | 08/30/2013 |
| Case Title | PARNELL COLVIN |
| Case Number | 2:2019bk13142 |
| Court | Nevada Bankruptcy Court |
| Date Filed | 05/17/2019 |
| Date Closed | 07/25/2019 |
| Case Title | PARNELL COLVIN, III |
| Case Number | 2:2015bk12810 |
| Court | Nevada Bankruptcy Court |
| Date Filed | 05/15/2015 |
| Date Closed | 07/21/2015 |
| Case Title | PARNELL COLVIN, III |
| Case Number | 2:2019bk14597 |
| Court | Nevada Bankruptcy Court |
| Date Filed | 07/18/2019 |
| Date Closed | 12/05/2019 |
| Case Title | PARNELL COLVIN, III |
| Case Number | 2:2019bk16459 |
| Court | Nevada Bankruptcy Court |
| Date Filed | 10/04/2019 |
| Date Closed | 01/23/2020 |