# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PARNELL COLVIN III, | |
| Plaintiff, | Case No.: 2:20-cv-00343-GMN-NJK |
| vs. | **ORDER** |
| AHP REALTY LLC & QINGWEN KONG, | |
| Defendants. | |

Pending before the Court is Plaintiff Parnell Colvin's ("Plaintiff's") Motion to Extend Time, (ECF No. 9). Plaintiff seeks an additional fourteen (14) days to respond to Defendant Qingwen Kong's ("Defendant's") Motion to Dismiss, (ECF No. 5), claiming he did not receive the Motion to Dismiss until the day before the response deadline. Defendant did not file a response.

**IT IS HEREBY ORDERED** that the Plaintiff's Motion to Extend, (ECF No. 9), is **GRANTED** *nunc pro tunc*. Plaintiff shall file his response by April 8, 2020. Failure to timely file the response will result in dismissal of the Complaint.

**DATED** this __1__ day of April, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court