CHAN LENGSAVATH, ESQ.
Nevada Bar# 12609)
**CHAN LENGSAVATH LAW LTD.**
7473 W. Lake Mead Blvd, #100
Las Vegas, NV 89128
Tel: (702) 518-2987
Email: chan@VegasCLLaw.com
*Attorney for Defendant QINGWEN KONG*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PARNELL COLVIN III,<br>An Individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AHP REALTY LLC, & QINGWEN KONG,<br><br>　　　　Defendants. | CASE NO.: 2:20-CV-00343-GMN-NJK<br><br>**DEFANDANT QINGWEN KONG'S RESPONSE PLAINTIFF'S RESPONSE FILED ON APRIL 13, 2020** |

　　　　Defendant QINGWEN KONG ("KONG"), by and through her counsel of record, hereby replies to the Plaintiff's April 13, 2020 Response.

　　　　Plaintiff is again avoiding the argument that there is no due process violation when there has not been any ruling against the Plaintiff in state court. As of the date of this response, the Las Vegas Justice Court, the court that has original jurisdiction over eviction matters, has actually dismissed the eviction proceeding pending this federal complaint. To that point, the Plaintiff's actions has only further solidified the need to declare the Plaintiff as a vexatious litigant.

　　　　As for Plaintiff's argument that he has the right to file for bankruptcy, the Defendant agrees. The problem is the Plaintiff has filed for bankruptcy 3 times in the last year. And for each petition, the Plaintiff failed to file the proper documents or attend the required classes to complete the minimum requirements of a complete petition. Clearly, the Plaintiff never intended to follow through with the bankruptcy and the petitions were simply to avoid evictions by creating an automatic 60-day stay of all bill collections.

- 1 -

Defendant is not trying to prevent the Plaintiff from filing for bankruptcy in bankruptcy court or complaints with this Court, only that the filings be vetted first to ensure that the filings are in good faith and not simply to delay other actions in good faith.

### **Conclusion**

Defendant respectfully reiterates and asks this court to rule upon the Defendant's Motions filed on March 11, 2020 to dismiss the frivolous complaint and to declare the Plaintiff a vexatious litigant. The eviction process belongs under the jurisdiction of the Las Vegas Justice Court. Furthermore, Kong asks the court to consider Plaintiff a vexatious litigant, to avoid filings such as this one and the numerous filings before. Lastly, Defendant request the Court grant attorney's fees in responding to yet another frivolous filing, seeking only to delay the eviction process.

DATED this _20th___ day of ____April___, 2020.

**CHAN LENGSAVATH LAW LTD.**

By: /s/ Chan Lengsavath  
CHAN LENGSAVATH, ESQ.  
7473 W. Lake Mead Blvd, #100  
Las Vegas, NV 89128  
Tel: (702) 518-2987  
Email: chan@VegasCLLaw.com  
*Attorney for Defendant Qingwen Kong*

## **CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I certify that on March 20, 2020, I served a true and correct copy of the foregoing DEFANDANT QINGWEN KONG'S RESPONSE PLAINTIFF'S RESPONSE FILED ON APRIL 13, 2020 as follows:

__X__    U. S. Mail to the following:

        PARNELL COLVIN
        6681 Tara Ave.
        Las Vegas, Nevada 89146

DATED this ___20th___ day of ___April___, 2020.

        **CHAN LENGSAVATH LAW LTD.**

        By:   /s/ Melinda Lengsavath
                 Employee, CHAN LENGSAVATH LAW LTD.