# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PARNELL COLVIN,

    Plaintiff(s),

v.

AHP REALTY LLC, et al.,

    Defendant(s).

Case No.: 2:20-cv-00343-GMN-NJK

**ORDER**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file a joint proposed discovery plan no later than May 4, 2020.

IT IS SO ORDERED.

Dated: April 27, 2020

                                                  Nancy J. Koppe
United States Magistrate Judge