# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PARNELL COLVIN,

    Plaintiff(s),

v.

AHP REALTY LLC, et al.,

    Defendant(s).

Case No.: 2:20-cv-00343-GMN-NJK

**ORDER**

On April 27, 2020, the Court ordered the parties to file a joint proposed discovery plan no later than May 4, 2020. Docket No. 17. The parties failed to do so. *See* Docket.

Accordingly, the Court **ORDERS** the parties to file a joint proposed discovery plan no later than May 8, 2020. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**

IT IS SO ORDERED.

Dated: May 6, 2020

                                                Nancy J. Koppe
                                                United States Magistrate Judge