# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PARNELL COLVIN,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>AHP REALTY LLC, et al.,<br><br>　　　　Defendant(s). | Case No.: 2:20-cv-00343-GMN-NJK<br><br>**ORDER** |

On May 11, 2020, the Court ordered Plaintiff to respond to Defendants' proposed discovery plan no later than May 15, 2020. Docket No. 22. Plaintiff failed to do so. *See* Docket.

Accordingly, the Court **ORDERS** Plaintiff to respond to Defendants' proposed discovery plan no later than May 27, 2020. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**

IT IS SO ORDERED.

Dated: May 21, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1